IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| McCAIN, INC.<br>2365 Oak Ridge Way<br>Vista, CA 92081 | *<br><br>* | Case No.: |
| As successor in interest to<br>Bi Tran Systems, Inc.<br>501 Bercut Drive, Suite R<br>Sacramento, CA 95814 | *<br><br>*<br><br>* | |
| Plaintiffs | * | |
| v. | * | |
| DUNN ENGINEERING ASSOCIATES, P.C.<br>66 Main Street<br>West Hampton Beach, NY 11978 | *<br><br>* | |
| Serve On:<br>Walter M. Dunn, President | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT FOR BREACH OF CONTRACT

Plaintiff McCain, Inc., by and through undersigned counsel, hereby sues Dunn Engineering Associates, P.C. as follows:

1. Jurisdiction in this matter is conferred by 28 U.S.C. Section 1332 as this matter is a dispute between citizens of different states and the amount in controversy exceeds $75,000.

2. Venue in the District of Columbia is appropriate under 28 U.S.C. Section 1391 as this matter pertains to the breach of a subcontract by Dunn Engineering Associates, P.C. and a prime contract between Dunn Engineering Associates, P.C. and the District of Columbia Department of Transportation.

3. This Court has jurisdiction over the Defendant in that the Defendant entered into contract to provide services in the District of Columbia and transacted business in the District of Columbia by entering into a contract with the District of Columbia Department of Transportation.

4. Plaintiff McCain, Inc. is a successor in interest to BiTran Systems, Inc. It is a corporation organized under the laws of the State of California and registered to do business in the District of Columbia.

5. Defendant Dunn Engineering Associates, P.C., is a professional corporation organized under the laws of the State of New York that conducted business in the District of Columbia.

6. On October 17, 2002, BiTran Systems, Inc. and Dunn Engineering Associates, P.C. entered into a subcontract agreement. A copy of the subcontract is attached to this Complaint as Exhibit 1.

7. In this subcontract, Dunn Engineering Associates, P.C. contracted with BiTran Systems, Inc. to provide consulting services and Dunn Engineering Associates, P.C.'s contract with the District of Columbia Department of Transportation's ITMS Design Contract (DC ITMS Formal Agreement 028-99).

8. BiTran Systems, Inc. complied with its obligations under the contract. Indeed, as of February 20, 2004, BiTran invoiced Dunn Engineering Associates, P.C. in the amount of $185,174 for work completed. A copy of BiTran Systems, Inc.'s invoice is attached as Exhibit 2.

9. Upon information and belief, sometime after April 2004, Dunn Engineering Associates received payment from the District of Columbia's Department of

Transportation for services rendered by BiTran Systems, Inc. Said payment triggered Dunn Engineering Associates' P.C.'s obligation to pay Plaintiff herein.

10. In August 2006, the District of Columbia Department of Transportation terminated its contract with Dunn Engineering Associates for convenience.

11. Dunn Engineering Associates has breached its contract with McCain, Inc. by failing to pay said invoices.

12. McCain, Inc. has been damaged in the amount of $185,174.00 plus interest from February 20, 2004.

WHEREFORE, McCain, Inc. respectfully requests that this Honorable Court enter judgment in its favor in the amount of $185,174.00 plus pre-judgment and post judgment interest as well as its attorneys' fees and costs of suit incurred herein.

Respectfully submitted,

_____
Craig S. Brodsky (Bar# 454924)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Fl.
Baltimore, MD 21202
(410) 783-4000

Attorneys for Plaintiffs

843841

3

# EXHIBIT 1



Dunn Engineering Associates, P.C.
Consulting Engineers

640 Johnson Avenue
Suite 103 Bohemia, N.Y. 11716
631-288-2480
631-589-6589 Fax

# SUBCONTRACT AGREEMENT

# DUNN ENGINEERING ASSOCIATES, P.C.
# AND
# BI TRAN SYSTEMS, INC.
# FOR
# DISTRICT OF COLUMBIA – ITMS PROJECT

# LOCAL CONTROLLER SOFTWARE

**DOCUMENT NO.:**
96028-590-1001

REV. A   DATED:   September 24, 2002
REV. B   DATED:   October 7, 2002

**WASHINGTON D.C. - ITMS**
**DESIGN**

# SUBCONTRACT AGREEMENT

Subcontractor:     BI Tran Systems Inc.
                   510 Bercut Drive, Suite R
                   Sacramento, CA 95814

This Subcontract Agreement is made and entered in the _17_ day of _October_, 2002 by Dunn Engineering Associates, P.C. with offices located at 66 Main Street, Westhampton Beach, New York 11978. Dunn Engineering Associates and the Subcontractor mutually agree as follows:

This instrument, together with any plans, specifications or appendices referred to herein, constitute the entire agreement between the parties hereto and no other conversations, bids, memoranda, or other matters oral or written, exchanged before execution hereof, shall vary, alter or interpret the terms of this Agreement.

1. Description of Services

Subcontractor will provide consulting services in accordance with Attachment 1, Dunn Engineering Associates (DEA) Agreement with The District of Columbia, hereinafter called "District" or "DDOT" or "DPW" or "DCDPW" and Attachment 2, Subcontractor Statement of Work. Subcontractor shall comply with all provisions of Attachment 1 and 2.

2. Description of Additional Services

Similar services as described in Attachment 2 of this Agreement may be performed. Prior to commencement of said additional services, Subcontractor will provide detailed labor and expense estimate for same and written approval will be provided by Dunn Engineering Associates.

3. Agreement Terms

The Subcontractor shall comply with all the provisions of Attachment 1, with Attachments incorporated by reference with the following understandings and/or changes.

**Reference DC Formal Agreement 028-99**

General Understandings:

1. The Consultant or Contractor shall mean Subcontractor unless otherwise specified.

2. Reviews and approvals shall be in accordance with the requirements of Attachment 2.

3. Subcontractor's attendance at meetings and coordination activities require prior DEA authorization.

4. All submissions are to DEA unless otherwise specified.

Specific Changes:

Article I – Sec. 3 – Notice-to-Proceed

Subcontractor's notice-to-proceed will be effective the date of execution of this Subcontract Agreement as designated by DEA.

Work assigned under this Agreement generally consists of Phase 1 and Phase 2 work.

Article II – Sec. 6 – Insurance – N/A to this Agreement.

The Subcontractor shall carry insurance in the minimum amounts of $2,000,000 General Liability and $500,000 Professional Liability. The Subcontractor shall provide to Dunn Engineering Associates a copy of its Insurance Certificate that specifically lists as additional insured the District and Dunn Engineering Associates.

Article II – Sec. 7 – Progress Reports

During the performance of work under this Agreement, the Subcontractor shall each month submit two (2) hard copies of a progress report, completely and clearly stating the current status of the Subcontractor's work under this Agreement. A preliminary progress report shall be electronically transmitted to DEA on the third week of every month in MS Word format for DEA's review, comment and incorporation into DEA's report to DCDPW.

Article IV - Designated Representative
Changed to read:

The Subcontractor designates Mr. Bill Egan Project Manager. Any change in Project Manager shall require the written approval of DEA. The Subcontractor designated Project

Washington DC ITMS – 96028.00
N:\96028.00 – Washington DC ITMS\Outgoing\WASHDC-BITran Systems Subcontract Agreement
Local Controller Software

Page 3 of 9

Manager will be the representative of the Subcontractor for purposes of receiving and carrying out the instructions of DEA.

Article VIII – Term of Agreement

The term of this Agreement shall be for a period of Nine months subject to DEA's option to extend. The Agreement is for the work described and in accordance with the schedule provided in Attachment 2.

Article X – Payments

For payment purposes, Dunn Engineering Associates (DEA) shall pay the Subcontractor up to an amount not to exceed $474,000.00. Payments shall be made in accordance with one of the two following alternatives.

Alternative 1 – Progress/Milestone Payments

Dunn Engineering Associates (DEA) will allow the Subcontractor to submit invoices on the basis of the four week billing cycle (Table 1) upon DEA's approval of a Subcontractor payment schedule plan.

The subcontractor's payment schedule plan shall be based upon the Tasks and milestones identified in *Attachment 2 Exhibit 5*, and shall be submitted for approval after notice to proceed and prior to the submittal of a progress payment invoice.

The following information shall be provided:

- Planned equipment delivery weeks after notice to proceed with payment.
- Labor/ODC Expenditures for each Task

The sum of the equipment and labor/ODC expenditures shall be consistent with the payment milestones shown in *Attachment 2 Exhibit 5*.

Upon payment schedule approval, the Subcontractor can submit billing cycle invoices that are based upon percent complete for the Tasks and equipment deliveries identified in the payment schedule. The invoice shall be for 90% of the actual percent complete and the final 10% shall be submitted as part of a milestone completion invoice. (Milestones 1, 2 and 3)

Alternative 2 – Milestone Payments

In the absence of an Alternative1 approve payment schedule, three milestone payments shall be made.

Washington DC ITMS – 96028.00
N:\96028.00 – Washington DC ITMS\Outgoing\WASHDC-BITran Systems Subcontract Agreement
Local Controller Software

Page 4 of 9

- Payment No.1-$217,000.00 shall be made upon completetion of work that is identified as milestone 1 work in Attachment 2.

- Payment shall be made upon Subcontractor's demonstration that the work has been completed to DEA and DDOT's satisfaction.

- Payment No. 2-$209,000.00 shall be made upon completion of work that is identified as milestone 2 work in Attachment 2.

- Payment No. 3-$48,000.00 shall be made upon completion of work that is scheduled for forty-four weeks after NTP as described in Attachment 2.

- This payment shall be made upon Subcontractor's completion of all work including documentation, Training, Support of DDOT Alpha Burn in testing and corrections if necessary to the satisfaction of DEA and DDOT, and delivery of all deliverables defined herein.

These payments comprise all the payments that will be made to perform to perform the work described in the attachments including all materials, travel, test equipment and necessary to perform the work described herein. All procured material shall be delivered to DDOT in accordance with the requirements of Attachment 2.

The Subcontractor shall submit its invoices to Dunn Engineering Associates (DEA) in accordance with the Table 1 Billing Schedule for milestone work satisfactorily completed. Payment for services rendered under this Agreement will be made to the Subcontractor thirty (30) days after payment to Dunn Engineering Associates by the District.

Payment shall be drawn to the Order of BI TRAN Systems, Inc.

Attachment 1, Attachment B, Sec. 5 – Indemnification

The provision is modified to include DEA with the District for indemnification purposes. The identification of the District is understood to mean the District and DEA. Further the Subcontractor assumes entire responsibility and liability for any damage or injury to persons or property whatever (including death resulting there from) which is caused by or which arises out of any negligent act, error, omission or fault of the Subcontractor in connection with the subcontractor's services.

Attachment 1, Attachment B, Sec. 27 – DBE Participation

Washington DC ITMS – 96028.00
N:\96028.00 – Washington DC ITMS\Outgoing\WASHDC-BITran Systems Subcontract Agreement
Local Controller Software

Page 5 of 9

No DBE Requirement.

Attachment 1, Attachment B, Sec. 29 – Default

This provision is modified to include DEA with the District for the Default Provisions.
The identification of the District is understood to mean the District and DEA.

4. Nature of Performance

The Subcontractor shall perform the services in a professional manner consistent with the performance of other professionals providing similar services under like circumstances. Subcontractor understands that Dunn Engineering Associates will rely on the data, findings and recommendations obtained from Subcontractor through this Agreement in the execution of Dunn Engineering Associate's services.

5. Changes

Any change or amendment of this Agreement shall be valid and enforceable only if it is in writing and signed by both Dunn Engineering Associates and Subcontractor.

6. Relationship to Dunn Engineering Associates

In the performance of the services provided through this Agreement, the Subcontractor is an independent contractor and not an employee, agent or representative of Dunn Engineering Associates.

7. Assignment

The Subcontractor shall not assign this Agreement or any part of this Agreement without the written consent of Dunn Engineering Associates.

8. Use of Data and Information

Subject to a BI Tran Systems Non-Disclosure Agreement all information and technical data developed and furnished by Subcontractor under this Agreement including but not limited to reports, drawings, designs, notes and memoranda shall be the property of Dunn

Engineering Associates. Software (source or object code) is excluded. Use of developed Software shall be subject to the terms of BI Trans System's License Agreement.

9. <u>Applicable Laws</u>

This Agreement has been executed in the State of New York and will be construed and interpreted according to the laws of the State of New York, Subcontractor laws, regulations, and ordinances applicable to the Subcontractor or the services to be performed under this Agreement.

Dunn Engineering Associates is an Equal Opportunity Employer.

This Agreement shall inure to and be binding upon the parties hereto, their heirs, executors, administrators, successors and assigns.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the day and the year first above written.

Subcontractor:
By: _____ Gerald Bloodgood P.E.
Title: Vice President
Date: 10/14/02

Dunn Engineering Associates, P.C.
By: _____ Robert Reiss P.E.
Title: Principal
Date: 10/16/02

Table 1
Dunn Engineering Associates, PC

## Washington DC ITMS Project
## Cycle Billing Schedule for Y2001 and Y2002

| DEA Submission Date | DEA Payroll Cut-Off Date | Subconsultant Invoice Due Date |
|---|---|---|
| August 27, 2001 | August 22, 2001 | August 15, 2001 |
| September 24, 2001 | September 19, 2001 | September 12, 2001 |
| October 22, 2001 | October 17, 2001 | October 10, 2001 |
| November 19, 2001 | November 14, 2001 | November 7, 2001 |
| December 17, 2001 | December 12, 2001 | December 5, 2001 |
| January 14, 2002 | January 9, 2002 | January 2, 2002 |
| February 11, 2002 | February 6, 2002 | January 30, 2002 |
| March 11, 2002 | March 6, 2002 | February 27, 2002 |
| April 8, 2002 | April 3, 2002 | March 27, 2002 |
| May 6, 2002 | May 1, 2002 | April 24, 2002 |
| June 3, 2002 | May 29, 2002 | May 22, 2002 |
| July 1, 2002 | June 26, 2002 | June 19, 2002 |
| July 29, 2002 | July 24, 2002 | July 17, 2002 |
| August 26, 2002 | August 21, 2002 | August 14, 2002 |
| September 23, 2002 | September 18, 2002 | September 11, 2002 |
| October 21, 2002 | October 16, 2002 | October 9, 2002 |
| November 18, 2002 | November 13, 2002 | November 6, 2002 |
| December 16, 2002 | December 11, 2002 | December 4, 2002 |

**2003 Billing schedule to be established based upon 4 week billing cycle.**

Washington DC ITMS – 96028.00
N:\96028.00 – Washington DC ITMS\Outgoing\WASHDC-BITran Systems Subcontract Agreement
Local Controller Software

Page 8 of 9

# ATTACHMENT 1

# FORMAL AGREEMENT 028-99

Washington DC ITMS – 96028.00
N:\96028.00 – Washington DC ITMS\Outgoing\WASHDC-BITran Systems Subcontract Agreement
Local Controller Software

Page 9 of 9

# EXHIBIT 2

# BI Tran Systems, Inc.

A McCain Company
2365 Oak Ridge Way
Vista, CA 92081-8495
Phone: 760-727-8100

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/20/2004 | 4046 |

| BILL TO | SHIP TO |
|---|---|
| Dunn Engineering Associates, P. C.<br>Consulting Engineers<br>640 Johnson Ave., Suite 103<br>Bohemia, NY 11716-2624 | Dunn Engineering Associates, PC<br>66 Main Street<br>Westhampton Beach, NY 11978<br>Attn: Neil Pascual, Controller |

| P.O. NUMBER | SHIP DATE | SHIP VIA | TERMS | JOB # |
|---|---|---|---|---|
| 3495 | 2/20/2004 | | SOW | 4395 - Washington DC... |

| QTY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 0.886 | 020- Software Development | Milestone # 2<br><br>Task 3009 - Support of Cabinet Replacement/Homeland Defense<br>Task 3018 - Support of "CHART" Development<br>Task 3020 - Attendance at Unanticipated Meeting<br>Task 5000 - Design/Support Services<br>Task 5002 -<br>Task 5003 - Central Software | 209,000.00 | 185,174.00 |

Phone # Accounting Dept. 760-734-5012
Fax # Accounting Dept. 760-727-8264

REMIT PAYMENT TO:
**McCain Traffic Supply**
2365 Oak Ridge Way
Vista, CA 92081

| | |
|---|---|
| Subtotal | $185,174.00 |
| Sales Tax (0.00) | $0.00 |
| Total | $185,174.00 |

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| McCain, Inc., As Successor in Interest to Bi Tran Systems, Inc. 2365 Oak Ridge Way Vista, CA 92081 | Dunn Engineering Associates, P.C. 66 Main St. West Hampton Beach, NY 11978 |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   San Diego County (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Suffolk (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Craig S. Brodsky, Esq. Goodell, DeVries, Leech & Dann, LLP One South St., 20th Fl., Balt., MD 21202     410-783-4000 | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ⊗ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ⊗ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ⊗ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A.** *Antitrust*

☐ 410 Antitrust

○ **B.** *Personal Injury/ Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*    OR    ○ **F.** *Pro Se General Civil*

| Real Property | Bankruptcy | Forfeiture/Penalty | |
|---|---|---|---|
| ☐ 210 Land Condemnation | ☐ 422 Appeal 28 USC 158 | ☐ 610 Agriculture | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 220 Foreclosure | ☐ 423 Withdrawal 28 USC 157 | ☐ 620 Other Food &Drug | |
| ☐ 230 Rent, Lease & Ejectment | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 480 Consumer Credit |
| ☐ 240 Torts to Land | Prisoner Petitions | | ☐ 490 Cable/Satellite TV |
| ☐ 245 Tort Product Liability | ☐ 535 Death Penalty | ☐ 630 Liquor Laws | ☐ 810 Selective Service |
| ☐ 290 All Other Real Property | ☐ 540 Mandamus & Other | ☐ 640 RR & Truck | ☐ 850 Securities/Commodities/ Exchange |
| | ☐ 550 Civil Rights | ☐ 650 Airline Regs | |
| Personal Property | ☐ 555 Prison Condition | ☐ 660 Occupational Safety/Health | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 370 Other Fraud | | | |
| ☐ 371 Truth in Lending | Property Rights | ☐ 690 Other | ☐ 900 Appeal of fee determination under equal access to Justice |
| ☐ 380 Other Personal Property Damage | ☐ 820 Copyrights | | |
| ☐ 385 Property Damage Product Liability | ☐ 830 Patent | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 840 Trademark | Other Statutes | |
| | | ☐ 400 State Reapportionment | ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |
| | Federal Tax Suits | ☐ 430 Banks & Banking | |
| | ☐ 870 Taxes (US plaintiff or defendant | ☐ 450 Commerce/ICC Rates/etc. | |
| | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 460 Deportation | |

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ☒ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ☒ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC Section 1332 Diversity - Breach of Contract for Consulting Services

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 185,174.00    Check YES only if demanded in complaint
JURY DEMAND:    YES ☐    NO ☒

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

DATE 3\28\07    SIGNATURE OF ATTORNEY OF RECORD    _GSBS_

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.