CO-386-online
10/03

# United States District Court
# For the District of Columbia

McCAIN, INC.         )
                     )
                     )
                     )
        Plaintiff    )    Civil Action No._____
  vs                 )
                     )
DUNN ENGINEERING     )
ASSOCIATES, P.C.     )
                     )
        Defendant    )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __McCain, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __McCain, Inc.__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__454924__
BAR IDENTIFICATION NO.

__Craig S. Brodsky__
Print Name
__Goodell, DeVries, Leech & Dann, LLP__
__One South St., 20th Floor__
Address

__Baltimore,  MD       21202__
City           State       Zip Code

__(410) 783-4000__
Phone Number