AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

McCain, Inc.
2365 Oak Ridge Way
Vista, CA 92081
As Successor in interest to Bi Tran Systems, Inc.
501 Bercut Drive, Suite R
Sacramento, CA 95814

V.

Dunn Engineering Associates, P.C.
66 Main Street
West Hampton Beach, NY 11978
Serve on:
Walter M. Dunn, President

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00597
Assigned To : Walton, Reggie B.
Assign. Date : 3/29/2007
Description: MCCAIN INC. v. DUNN ENGINEERING

TO: (Name and address of Defendant)

Dunn Engineering Associates, P.C.
66 Main Street
West Hampton Beach, NY 11978
Serve on: Walter M. Dunn, President

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Craig S. Brodsky, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South St., 20th Fl.
Baltimore, MD 21202

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         MAR 2 8 2007
_____           _____
CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-16-07 |
| NAME OF SERVER (PRINT) David Boriskin | TITLE Investigator/Process Server |

Check one box below to indicate appropriate method of service

☑ G Served personally upon the defendant. Place where served: Dunn Engineering Associates, P.C. 66 Main Street Westhampton Beach, NY 11978 (Walter Dunn, Pres.)

☐ G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ G Returned unexecuted: _____

☐ G Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-16-07
        Date

Signature of Server

54 Sunnyside Blvd Plainview, NY 11803
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.