IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| McCAIN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 1:07-cv-00597 (RBW) |
| DUNN ENGINEERING ASSOCIATES, P.C., | ) |
| 66 MAIN STREET | ) |
| WEST HAMPTON BEACH, NY 11978 | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

Please note the appearance of Laurence Schor and Susan L. Schor and the law firm McManus, Schor, Asmar & Darden, LLP, located at 1155 15th Street, N.W., Suite 900, Washington, D.C. 20005, as counsel for Defendant Dunn Engineering Associates, P.C..

Respectfully submitted,

/s/
Laurence Schor (#11484)
lschor@msadlaw.com
Susan L. Schor (#961441)
sschor@msadlaw.com
McManus, Schor, Asmar & Darden, LLP
1155 15th Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 296-9260
Facsimile: (202) 659-3732

*Counsel for Dunn Engineering Associates, P.C.*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically this 3rd day of May 2007 on:

Craig S. Brodsky
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

Counsel for Plaintiff

_____/s/_____
Susan L. Schor