IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| McCAIN, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:07-cv-00597 (RBW) |
| DUNN ENGINEERING ASSOCIATES, P.C., 66 MAIN STREET WEST HAMPTON BEACH, NY 11978 | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Dunn Engineering Associates, P.C., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Dunn Engineering Associates, P.C. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Dunn Engineering Associates, P.C.

Respectfully submitted,

/s/
Laurence Schor (#11484)
lschor@msadlaw.com
Susan L. Schor (#961441)
sschor@msadlaw.com
McManus, Schor, Asmar & Darden, LLP
1155 15th Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 296-9260
Facsimile: (202) 659-3732

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically this 3rd day of May 2007 on:

Craig S. Brodsky
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

*Counsel for Plaintiff*

                                                          /s/
                                              Susan L. Schor