IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| McCAIN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 1:07-cv-00597 (RBW) |
| DUNN ENGINEERING ASSOCIATES, P.C., | ) |
| 66 MAIN STREET | ) |
| WEST HAMPTON BEACH, NY 11978 | ) |
| | ) |
| Defendant. | ) |

### JOINT MOTION TO STAY PROCEEDINGS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Dunn Engineering Associates, P.C. ("DEA") and McCain, Inc. ("McCain"), through undersigned counsel, hereby move jointly to stay the instant proceedings during the parties' efforts to resolve McCain's claims administratively.

In support of their motion, the parties state:

1. DEA and the District of Columbia are parties to a contract for the replacement of the District of Columbia Department of Public Works' existing traffic signal system ("Contract"). BI Tran Systems, Inc., predecessor to McCain, was a subcontractor to DEA.

2. In August 2006, the District terminated the Contract for convenience and DEA terminated its subcontract with McCain.

3. McCain instituted the instant action to recover the costs it incurred before its subcontract was terminated.

4. DEA has advised McCain that it believes that it may be possible to resolve payment to McCain through the administrative process set forth in the Contract and DEA and McCain agree that such a resolution would be in both parties' best interests.

5. The parties are seeking a stay of the instant action during the time they are pursuing

an administrative resolution so that the Court and the parties will not have to commit resources to pursuing this action when the administrative process may decide the issue.

6. The parties further propose that if McCain's claim is not resolved in the administrative proceeding, DEA's pleading in response to McCain's Complaint herein will be due twenty (20) days after conclusion of the administrative process.

7. Courts recognize the efficacy of staying proceedings pending the conclusion of administrative proceedings. *See, e.g., Garrett v. Group Health Ass'n, Inc.*, 1993 WL 37458 *1 (D.D.C. 1993) (the court stayed the matter pending exhaustion of administrative proceedings before the District of Columbia Office of Human Rights and U.S. Equal Employment Opportunity Commission); *Marsh v. Johnson*, 263 F.Supp.2d 49 (D.D.C. 2003) (the court stayed a suit by a retired military officer in connection with his non-promotion to allow for the convening of a special selection board to reconsider his non-promotion. The court lifted the stay after the board granted the officer his promotion and associated pay and the court granted the defendant's motion to supplement, struck the defendant's motion to dismiss, and allowed re-briefing of the defendant's motion to dismiss); *Nordell v. Heckler*, 749 F.2d 47, 50 (C.A.D.C. 1984) (". . . district courts may wish to stay proceedings in any Title VII suit brought while a request for reconsideration is pending before the EEOC. **Simultaneous administrative and judicial review would be wasteful**, and dismissing such suits outright would have the undesirable effect of forcing employees who wish to bring civil actions to forego their opportunity to seek agency reconsideration." Emphasis added.);

8. Granting the Joint Motion to Stay would further the parties' interests and the interest of judicial economy.

9. During the stay, the parties will submit Joint Status Reports to the Court every sixty

(60) days beginning August 1, 2007.

WHEREFORE, the foregoing considered, Dunn Engineering Associates, P.C. and McCain, Inc. respectfully pray that the Court grant their motion and stay the instant action as set forth herein.

Respectfully submitted,

| | |
|---|---|
| /s/<br>Laurence Schor (D.C. Bar 11484)<br>lschor@msadlaw.com<br>Susan L. Schor (D.C. Bar 961441)<br>sschor@msadlaw.com<br>McManus, Schor, Asmar & Darden, LLP<br>1155 15th Street, N.W., Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 296-9260<br><br>Counsel for Dunn Engineering Associates, P.C. | /s/<br>Craig S. Brodsky (D.C. Bar # 454924)<br>csb@GDLDLAW.com<br>Goodell, DeVries, Leech & Dann, LLP<br>One South Street, 20th Floor<br>Baltimore, MD 21202<br>(410) 783-4000<br><br>Counsel for McCain, Inc. |

Date: May 3, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| McCAIN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 1:07-cv-00597 (RBW) |
| DUNN ENGINEERING ASSOCIATES, P.C., | ) |
| 66 MAIN STREET | ) |
| WEST HAMPTON BEACH, NY 11978 | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay Proceedings. The Court, having considered the motion, it is this ___ day of ___ 2007 hereby:

ORDERED that the motion be, and the same hereby is, granted; and it is

FURTHER ORDERED that during the stay, the parties will submit Joint Status Reports to the Court every sixty (60) days beginning, August 1, 2007, advising the Court of the status of the administrative proceedings; and it is

FURTHER ORDERED that if Plaintiff's claims are not resolved in administrative proceedings, Defendant's response to Plaintiff's Complaint shall be due no later than twenty (20) days after the conclusion of the administrative proceedings.

_____
Reggie B. Walton

-2-

Copies to:

Laurence Schor, Esq.
Susan L. Schor, Esq.
McManus, Schor, Asmar & Darden, LLP
1155 15th Street, N.W., Suite 900
Washington, D.C. 20005
Counsel for Dunn Engineering Associates, P.C.

Craig S. Brodsky, Esq.
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
Counsel for McCain, Inc.