IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| McCAIN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 1:07-cv-00597 (RBW) |
| DUNN ENGINEERING ASSOCIATES, P.C., | ) |
| 66 MAIN STREET | ) |
| WEST HAMPTON BEACH, NY 11978 | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Dunn Engineering Associates, P.C. ("DEA") and McCain, Inc. ("McCain"), through counsel, hereby submit their joint status report pursuant to the Court's May 7, 2007 Order.

DEA submitted its Termination for Convenience Settlement Proposal, which included the costs sought by McCain, Inc., to the District of Columbia Department of Transportation ("DDOT") on July 18, 2007 and is awaiting DDOT's response thereto. DEA expects that there will be discussions between it and DDOT after DDOT has had the opportunity to review the proposal. The parties to this litigation have agreed initially to seek recovery from DDOT. If that recovery is adequate, it will resolve this suit.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Laurence Schor (D.C. Bar 11484) | Craig S. Brodsky (D.C. Bar # 454924) |
| lschor@msadlaw.com | csb@GDLDLAW.com |
| Susan L. Schor (D.C. Bar 961441) | Goodell, DeVries, Leech & Dann, LLP |
| sschor@msadlaw.com | One South Street, 20th Floor |
| McManus, Schor, Asmar & Darden, LLP | Baltimore, MD 21202 |
| 1155 15th Street, N.W., Suite 900 | (410) 783-4000 |
| Washington, D.C. 20005 | |
| Telephone: (202) 296-9260 | Counsel for McCain, Inc. |

Counsel for Dunn Engineering Associates, P.C.

Date: July 23, 2007