## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| McCAIN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 1:07-cv-00597 (RBW) |
| DUNN ENGINEERING ASSOCIATES, P.C., | ) |
| | ) |
| Defendant. | ) |

### JOINT STATUS REPORT

Dunn Engineering Associates, P.C. ("DEA") and McCain, Inc. ("McCain"), through counsel, hereby submit their joint status report pursuant to the Court's May 7, 2007 Order.

DEA submitted its Termination for Convenience Settlement Proposal, which included the costs sought by McCain, to the District of Columbia Department of Transportation ("DDOT") on July 18, 2007. DDOT responded and raised certain questions and issues that involve McCain's claim, and DEA obtained information from McCain that DEA has submitted to DDOT.

DEA expects to receive DDOT's final settlement position, including McCain's claims, within a short time. DEA and McCain are hopeful that DDOT will propose to pay an adequate amount of McCain's requested settlement costs such that this case can be positioned for an amicable settlement. McCain reserves the right to seek to lift the stay of litigation and pursue its claims against DEA if DDOT does not submit a proposal in a relatively short period or if DDOT's proposed payment is not acceptable to McCain.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Laurence Schor (D.C. Bar 11484) | Craig S. Brodsky (D.C. Bar # 454924) |
| lschor@msadlaw.com | csb@GDLDLAW.com |
| Susan L. Schor (D.C. Bar 961441) | Goodell, DeVries, Leech & Dann, LLP |
| sschor@msadlaw.com | One South Street, 20th Floor |
| McManus, Schor, Asmar & Darden, LLP | Baltimore, MD 21202 |
| 1155 15th Street, N.W., Suite 900 | (410) 783-4000 |
| Washington, D.C. 20005 | |

-2-

Telephone: (202) 296-9260                                  Counsel for McCain, Inc.

Counsel for Dunn Engineering Associates, P.C.

Date: July 23, 2007