IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| McCAIN, INC., )<br>)<br>    Plaintiff,   )<br>)<br>v.   )<br>) Civil Action No. 1:07-cv-00597 (RBW)<br>DUNN ENGINEERING ASSOCIATES, P.C.,   )<br>)<br>    Defendant.   ) | |

## JOINT STATUS REPORT

Dunn Engineering Associates, P.C. ("DEA") and McCain, Inc. ("McCain"), through counsel, hereby submit their joint status report pursuant to the Court's May 7, 2007 Order.

DEA submitted its Termination for Convenience Settlement Proposal ("Proposal"), which included the costs sought by McCain, to the District of Columbia Department of Transportation ("DDOT") on July 18, 2007. DDOT responded and raised certain questions and issues that involve McCain's claim, and DEA obtained that information from McCain and submitted it to DDOT on or about July 28, 2007.

DEA has spoken with DDOT's General Counsel on several occasions regarding the status of the Proposal and he has spoken with the Contracting Officer. DEA continues to expect to receive DDOT's final settlement position, including McCain's claims, within a short time, and DEA and McCain are hopeful that DDOT will propose to pay an adequate amount of McCain's requested settlement costs such that this case can be positioned for an amicable settlement.

McCain continues to reserve the right to seek to lift the stay of litigation and pursue its claims against DEA if DDOT does not submit a proposal in a relatively short period or if DDOT's proposed payment is not acceptable to McCain. Given that DDOT has not responded to DEA's most recent inquiries, McCain respectfully requests that this Court set a status conference to discuss the issues in this case and further case management. DEA, for its part, believes that

the stay should continue pending receipt of DDOT's final settlement position and that no status conference is necessary at this time.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Laurence Schor (D.C. Bar 11484) | Craig S. Brodsky (D.C. Bar # 454924) |
| lschor@msadlaw.com | csb@GDLDLAW.com |
| Susan L. Schor (D.C. Bar 961441) | Goodell, DeVries, Leech & Dann, LLP |
| sschor@msadlaw.com | One South Street, 20th Floor |
| McManus, Schor, Asmar & Darden, LLP | Baltimore, MD 21202 |
| 1155 15th Street, N.W., Suite 900 | (410) 783-4000 |
| Washington, D.C. 20005 | Counsel for McCain, Inc. |
| Telephone: (202) 296-9260 | |
| Counsel for Dunn Engineering Associates, P.C. | |

Date: November 29, 2007