IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| McCAIN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 1:07-cv-00597 (RBW) |
| DUNN ENGINEERING ASSOCIATES, P.C., | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Dunn Engineering Associates, P.C. ("DEA") and McCain, Inc. ("McCain"), through counsel, hereby submit their joint status report pursuant to the Court's May 7, 2007 Order.

DEA submitted its Termination for Convenience Settlement Proposal ("Proposal"), including the costs sought by McCain in this action, to the D.C. Department of Transportation ("DDOT") on July 18, 2007 and provided additional information requested by DDOT.

By letter dated January 28, 2008, the Contracting Officer issued a final decision proposing a payment to DEA that includes the full $185,174.00 set forth in McCain's Complaint herein. DEA intends to accept DDOT's settlement offer and hopes to receive payment from DDOT within 30-60 days, after which it will promptly forward payment to McCain.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Laurence Schor (D.C. Bar 11484) | Craig S. Brodsky (D.C. Bar # 454924) |
| lschor@msadlaw.com | csb@GDLDLAW.com |
| Susan L. Schor (D.C. Bar 961441) | Goodell, DeVries, Leech & Dann, LLP |
| sschor@msadlaw.com | One South Street, 20th Floor |
| McManus, Schor, Asmar & Darden, LLP | Baltimore, MD 21202 |
| 1155 15th Street, N.W., Suite 900 | (410) 783-4000 |
| Washington, D.C. 20005 | Counsel for McCain, Inc. |
| Telephone: (202) 296-9260 | |
| Counsel for Dunn Engineering Associates, P.C. | |

Date: January 28, 2008

Case 1:07-cv-00597-RBW    Document 10    Filed 01/28/2008    Page 2 of 2