IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| McCAIN, INC., | ) |
|         Plaintiff, | ) |
| v. | ) Civil Action No. 1:07-cv-00597 (RBW) |
| DUNN ENGINEERING ASSOCIATES, P.C., | ) |
|         Defendant. | ) |

### JOINT STATUS REPORT

Dunn Engineering Associates, P.C. ("DEA") and McCain, Inc. ("McCain"), through counsel, hereby submit their joint status report pursuant to the Court's May 7, 2007 Order.

DEA has been advised by the D.C. Department of Transportation ("DDOT") that the paperwork DEA submitted for payment of the settlement funds is in order, that DDOT has received the settlement funds, and that the settlement funds will be forwarded to DEA as soon as the paperwork is processed. The DDOT invoice provided to DEA indicates that payment will be made by April 17, 2008.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Laurence Schor (D.C. Bar 11484) | Craig S. Brodsky (D.C. Bar # 454924) |
| lschor@msadlaw.com | csb@GDLDLAW.com |
| Susan L. Schor (D.C. Bar 961441) | Goodell, DeVries, Leech & Dann, LLP |
| sschor@msadlaw.com | One South Street, 20th Floor |
| McManus, Schor, Asmar & Darden, LLP | Baltimore, MD 21202 |
| 1155 15th Street, N.W., Suite 900 | (410) 783-4000 |
| Washington, D.C. 20005 | Counsel for McCain, Inc. |
| Telephone: (202) 296-9260 | |
| Counsel for Dunn Engineering Associates, P.C. | |

Date: March 26, 2008