IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| McCAIN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 1:07-cv-00597 (RBW) |
| DUNN ENGINEERING ASSOCIATES, P.C., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Dunn Engineering Associates, P.C. ("DEA") and McCain, Inc. ("McCain"), through counsel, pursuant to F.R.Civ.P. 41(a) hereby jointly stipulate that this matter be and hereby is DISMISSED WITH PREJUDICE.

Respectfully submitted,

/s/
Laurence Schor (D.C. Bar 11484)
lschor@msadlaw.com
Susan L. Schor (D.C. Bar 961441)
sschor@msadlaw.com
McManus, Schor, Asmar & Darden, LLP
1155 15th Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 296-9260
Counsel for Dunn Engineering Associates, P.C.

/s/
Craig S. Brodsky (D.C. Bar # 454924)
csb@GDLDLAW.com
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4000
Counsel for McCain, Inc.

Date: April 15, 2008